No. 111. FERGUSON, ATTORNEY GENERAL OF KANSAS, ET AL. *v.* SKRUPA, DOING BUSINESS AS CREDIT ADVISORS. Appeal from the United States District Court for the District of Kansas. (Probable jurisdiction noted, 371 U. S. 807.) The motion of National Better Business Bureau, Inc., for leave to file a brief, as *amicus curiae,* is granted. *Wilkie Bushby* and *Joseph Schreiber* on the motion.

No. 146. COLORADO ANTI-DISCRIMINATION COMMISSION ET AL. *v.* CONTINENTAL AIR LINES, INC. Certiorari, 371 U. S. 809, to the Supreme Court of Colorado. The motion of the State of California for leave to argue, as *amicus curiae,* is granted and twenty minutes are allotted for that purpose. Counsel for the respondent is allotted an additional twenty minutes to argue this case. *Stanley Mosk,* Attorney General of California, on the motion.

No. 217. GOSS ET AL. *v.* BOARD OF EDUCATION OF KNOXVILLE, TENNESSEE, ET AL. Certiorari, 371 U. S. 811, to the United States Court of Appeals for the Sixth Circuit. The motion of *Solicitor General Cox,* on behalf of the United States, for leave to participate in the oral argument is granted and fifteen minutes are allotted for that purpose. Counsel for the respondents are allotted an additional fifteen minutes to argue this case.

No. 392. HEAD, DOING BUSINESS AS LEA COUNTY PUBLISHING CO., ET AL. *v.* NEW MEXICO BOARD OF EXAMINERS IN OPTOMETRY. Appeal from the Supreme Court of New Mexico. (Probable jurisdiction noted, 371 U. S. 900.) The motion of *Solicitor General Cox,* on behalf of the United States, for leave to participate in the oral argument is granted and thirty minutes are allotted for that purpose. Counsel for the appellee is allotted an additional thirty minutes to argue this case.